United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA EVA JIMENEZ,

    Plaintiff,

  v.

DB HOME LENDING LLC, BAYWIDE HOME LOANS, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., HSBC BANK USA, N.A., OCWEN LOAN SERVICING, WESTERN PROGRESSIVE, LLC, and DOES 1 to 100.

    Defendants.

 /

No. C 10-00923 WHA

**ORDER SETTING HEARING ON APPLICATION FOR TRO**

On the condition that this order is immediately served along with the summons and complaint on defendants, the proposed sale of the subject residence located at 104 Muir Court in Petaluma is temporarily restrained pending a hearing on **THURSDAY, MARCH 18, 2010, AT 11:00 A.M.** Plaintiff must make sure defendants are present or that immediate notice of this order was given. Plaintiff should be prepared to post a bond at the hearing, the amount to be determined.

**IT IS SO ORDERED.**

Dated: March 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE