IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA EVA JIMENEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>DB HOME LENDING LLC, *et al.*,<br><br>    Defendants. | No. C 10-00923 WHA<br><br>**ORDER SETTING BOND REQUIREMENT AND EXTENDING TEMPORARY RESTRAINING ORDER** |

As stated at the hearing held on March 18, 2010, while plaintiff faces imminent and irreparable harm due to the pending foreclosure sale of her home, her chances of success on the merits — based on the record before the Court — are slight. As such, plaintiff will have until **NOON ON MARCH 22, 2010**, to post a bond in the amount of $200,000 if she wishes to proceed with this action. If proof of this bond is not filed with the Court by **NOON ON MARCH 22,** the restraining order will be lifted, and defendants may proceed with the sale of plaintiff's residence. Until that time, defendants are **TEMPORARILY RESTRAINED** from proceeding with the sale. If plaintiff *does* post and file proof of a timely bond, the temporary restraining order will remain in force, expedited discovery will be granted, and a preliminary injunction hearing will be heard at 8:00 a.m. on May 20, 2010. A supplemental order, if necessary, will set forth the details.

**IT IS SO ORDERED.**

Dated: March 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE