IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA EVA JIMENEZ, <br><br> Plaintiff, <br><br> v. <br><br> DB HOME LENDING LLC, *et al.*, <br><br> Defendants. | No. C 10-00923 WHA <br><br> **ORDER TO SHOW CAUSE AND VACATING HEARING** |

In this predatory lending action, defendants moved to dismiss all claims alleged against them in the complaint (Dkt. No. 22). Based upon the properly noticed hearing date of May 13, 2010, plaintiff's opposition brief should have been filed by April 22. It is now April 26 and no opposition has been filed. As such, the hearing on this motion is **VACATED**. Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute by **NOON ON THURSDAY, APRIL 29, 2010**.

**IT IS SO ORDERED.**

Dated: April 26, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE